WRIGHT, L'ESTRANGE & ERGASTOLO
Joseph T. Ergastolo (SBN 137807)
 jte@wlelaw.com
Davin H. Kono (SBN 312382)
 dkono@wlelaw.com
402 West Broadway, Suite 1800
San Diego, California 92101
(619) 231-4844
(619) 231-6710 (Facsimile)

*Attorneys for Defendant*
*Silver Arch Capital Partners LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKINNEY CAPITAL & ADVISORY GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SILVER ARCH CAPITAL PARTNERS LLC, a New Jersey limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **'20 CV0043 BTM WVG**<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, the undersigned, am a member of the bar of this Court, and counsel for Defendants herein, and I hereby certify that on **January 7, 2020**, I served true and correct copies of the following document(s):

**CIVIL CASE COVER SHEET
NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

  XX   U.S. Mail: I placed a copy in a separate envelope, with postage fully prepaid, for each addressee named herein for collection and first class mailing on the below indicated date.  I am readily familiar with Wright, L'Estrange & Ergastolo's practices for collection and processing of correspondence for mailing with the United States Postal Service.

| | |
|---|---|
| DUFORD LAW, LLP<br>Craig W. Duford, State Bar No. 305823<br>Julia S. Zold, State Bar No. 324847<br>2131 Third Ave.<br>San Diego, CA 92101<br>Ph: (619) 546-4291<br>Fax: (619) 354-2449<br>craig@dufordlaw.com | *Attorneys for Plaintiff McKinney Capital & Advisory Group, LLC* |

Executed on **January 7, 2020**.

*/s/ Joseph T. Ergastolo*
Joseph T. Ergastolo
jte@wlelaw.com